**23 CV 728-JLS**



Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

A.  **Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Wiliam Nolan

-vs-

B.  **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. American Police and Troopers Coalition PAC
2.
3.
4.
5.
6.

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Parties reside in different states

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: Plaintiff resides in 17 Westernmost counties of NYS

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Telephone Consumer Protection Act of 1991 (`TCPN), 47 U.S.C. § 227

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: William Nolan

Present Address: 3659 Cumberland Lane Hamburg NY 14075

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: American Police and Troopers Coalition PAC

Official Position of Defendant (if relevant): _____

Address of Defendant: 12895 Josey LN Num 450 Farmers Branch, TX 75234

Name of Second Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes [ ]   No [✔]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

Defendant(s): _____

_____

2. Court (if federal court, name the district; if state court, name the county): _____

_____

3. Docket or Index Number: _____

4. Name of Judge to whom case was assigned: _____

5. The approximate date the action was filed: _____

6. What was the disposition of the case?

   Is it still pending? Yes ☐   No ☐

   If not, give the approximate date it was resolved. _____

   Disposition (check those statements which apply):

   ☐ Dismissed (check the statement which indicates why it was dismissed):

   ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
   ☐ By court due to your voluntary withdrawal of claim;

   ☐ Judgment upon motion or after trial entered for

   ☐ plaintiff
   ☐ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On *(date of the incident)* _____,

defendant *(give the **name and (if relevant) the position held** of **each defendant** involved in this incident)* _____

American Police and Troopers Coalition PAC

_____

3

did the following to me (*briefly state what each defendant named above did*): Called 148 times.
My name is on the national do-not-call list.
I asked several times to be removed from their call list.
They insist on harassing me and wasting my time.
There is a class action lawsuit in Pennsylvania that goes into detail how this
organization and its network harasses people around the country relentlessly.
Shoemaker et al. v. Zeitlin et al. - 1:21-cv-01668

The federal basis for this claim is: Defendants reside in different states
Federal courts have subject matter jurisdicion for claims arising under TCPA

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
Penalize the Defendant $222,000 @ $1500/call and reimburse plaintiff for any legal fees
- A violation of section 227(b) of the TCPA carries statutory damages of $500 to $1500 per call

**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

$222,000.00

---

Do you want a **jury trial**? Yes [ ]   No [✔]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 07/21/23
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

*[signature]*
Signature(s) of Plaintiff(s)

Sheet1

| | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 148 | $1,500 $222,000 | | FUNDRAISING CENTER HIGHLIGHTED IN RED | | | | | | |
| | 08/21/22 Sunday | | | | | | | | |
| 2 | 08/22/22 Monday | 11:42 AM | 6072089226 | 09:50 AM | 9293453739 | | | | |
| | 08/23/22 Tuesday | | | | | | | | |
| 4 | 08/24/22 Wednesday | 06:10 PM | 6802082340 | 04:05 PM | 6072089360 | 04:11 PM | 6072589331 | 09:07 AM | 6802082333 |
| 1 | 08/25/22 Thursday | 12:32 PM | 9294985233 | | | | | | |
| 1 | 08/26/22 Friday | 02:46 PM | 7162263213 | | | | | | |
| 2 | 08/27/22 Saturday | 12:02 PM | 6072702493 note | 02:28 PM | 6076022251 | | | | |
| | 08/28/22 Sunday | | | | | | | | |
| | 08/29/22 Monday | | | | | | | | |
| 2 | 08/30/22 Tuesday | 08:33 AM | 602702390 note | 04:42 PM | 9295435699 | | | | |
| | 08/31/22 Wednesday | Letter in mail from American Police Foundation PAC Received on 9/01/22 | | | | | | | |
| | 09/01/22 Thursday | 03:53 PM | 8665202238 | RECEIVED MAIL FROM POLICE AND TROOPERS RELIEF FOUDATION IN MAIL TODAY. | | | | | |
| 3 | 09/02/22 Friday | 03:26 PM | 8452444986 | 08:49 AM | 6073005905 | 06:18 PM | 8452444986 | 04:24 AM | 6198051087 financi |
| | 09/03/22 Saturday | | | | | | | | |
| | 09/04/22 Sunday | | | | | | | | |
| | 09/05/22 Monday | | | | | | | | |
| | 09/06/22 Tuesday | | | | | | | | |
| 1 | 09/07/22 Wednesday | 09:50 AM | 8452444986 | | | | | | |
| 5 | 09/08/22 Thursday | 02:28 PM | 6076022251 | 11:42 AM | 6072089226 | 08:09 PM | 9143317832 called | 12:02 PM | 6072702493 text fro |
| 1 | 09/09/22 Friday | 08:06 AM | 7253449500 | 12:21 PM | 6072703824 | | | | |
| | 09/10/22 Saturday | | | | | | | | |
| | 09/11/22 Sunday | | | | | | | | |
| 1 | 09/12/22 Monday | 08:42 AM | 3193596436 id by y | 08:23 AM | 6072702359 | | | | |
| 2 | 09/13/22 Tuesday | 12:55 PM | 9143038421 | 08:29 AM | 9143038421 | | | | |
| 1 | 09/14/22 Wednesday | 08:01 AM | 6072703986 | | | | | | |
| | 09/15/22 Thursday | | | | | | | | |
| | 09/16/22 Friday | | | | | | | | |
| | 09/17/22 Saturday | | | | | | | | |
| | 09/18/22 Sunday | received phishing email from fake T-Mobile | | | | | | | |
| | 09/19/22 Monday | 04:53 PM | 3155011101 id by youmail as google listing scam | | | | | | |
| | 09/20/22 Tuesday | | | | | | | | |
| | 09/21/22 Wednesday | | | | | | | | |
| | 09/22/22 Thursday | 06:10 PM | 6099569472 | 04:32 AM | 5594261988 | 11:38 AM | 5017105836 | 11:05 AM | 5163516460 receive |
| | 09/23/22 Friday | 01:34 AM | 3322330530 | 12:50 PM | 9143538919 | 12:23 PM | 9095897131 | | |
| | 09/24/22 Saturday | | | | | | | | |
| | 09/25/22 Sunday | | | | | | | | |
| | 09/26/22 Monday | | | | | | | | |
| | 09/27/22 Tuesday | 03:53 PM | 5307930889 | 03:23 PM | 7162265046 | 03:19 PM | 7162265058 | 11:52 AM | 3152591022 |
| | 09/28/22 Wednesday | 05:24 PM | 8456606944 Youm | 02:00 PM | 7162265240 Faith | 08:54 AM | 7163033747 | | |
| 1 | 09/29/22 Thursday | 08:43 AM | 7169954142 | 08:54 AM | 7163033747 | | | | |
| | 09/30/22 Friday | 04:30 PM | 3152930587 | | | | | | |
| | 10/01/22 Saturday | | | | | | | | |
| | 10/02/22 Sunday | | | | | | | | |
| | 10/03/22 Monday | 11:29 AM | 7162491823 Jessie from local home buyers. Called 9 minutes my realtor texted me about astract of title | | | | | | |
| 5 | 10/04/22 Tuesday | 04:19 PM | 7162870711 Called | 04:09 PM | 7163034272 Called | 03:47 PM | 7163034272 THIS | 03:28 AM | 71665511700 |
| 3 | 10/05/22 Wednesday | 06:43 PM | 9293333776 | 04:18 PM | 7163034272 | 08:47 AM | 7163034272 saved | notes on other people calls fron | |
| | 10/06/22 Thursday | 01:23 PM | 7165076075 numbe | 10:45 AM | 7162870711 | | | | |
| 2 | 10/07/22 Friday | 03:53 PM | 8456608658 | 12:16 PM | 6072603688 | | | | |
| 2 | 10/08/22 Saturday | 01:55 PM | 6073649724 called | 09:19 AM | 9294565501 | | | | |
| | 10/09/22 Sunday | | | | | | | | |
| 1 | 10/10/22 Monday | 03:49 PM | 3323346915 | 09:57 AM | 8456608760 | | | | |
| 2 | 10/11/22 Tuesday | 12:32 PM | 9292961309 | 08:55 AM | 9292961309 Called todays number back at 11:37am and got another call an hour la | | | | |
| 1 | 10/12/22 Wednesday | 01:38 PM | 6072703763 | 12:38 PM | 9293359088 Yesterday and next day called from same area code but when I called | | | | |
| 2 | 10/13/22 Thursday | 12:38 PM | 6072703376 | 05:28 PM | 9292092957 | 01:11 PM | 6072703376 | | |
| 3 | 10/14/22 Friday | 03:38 PM | 6072703677 youma | 11:01 AM | 6072703376 | 08:50 AM | 6072603438 | | |
| 1 | 10/15/22 Saturday | 12:48 PM | 9147305817 | | | | | | |
| | 10/16/22 Sunday | | | | | | | | |
| 4 | 10/17/22 Monday | 05:15 PM | 6072603438 | 01:32 PM | 8888996650 | 02:02 PM | 8454132691 just le | 09:18 AM | 8454132691 |
| 2 | 10/18/22 Tuesday | 05:53 PM | 8452039137 | 12:57 PM | 9292424661 | 01:26 AM | 8888996650 debt collector youmail users have repo | | |
| 2 | 10/19/22 Wednesday | 03:23 PM | 9292424661 | 01:49 PM | 7167701543 | 12:13 PM | 8888996650 | 11:20 AM | 7162265279 showe |
| | 10/20/22 Thursday | 01:49 PM | 7168559349 number not in service | | | | | | |
| 1 | 10/21/22 Friday | 04:01 PM | 6072702542 | | | | | | |
| 2 | 10/22/22 Saturday | 01:46 PM | 6072703992 | 02:43 PM | 6072703992 | 09:37 AM | 9295436386 | | |
| | 10/23/22 Sunday | | | | | | | | |
| | 10/24/22 Monday | 12:30 PM | 8888996650 | | | | | | |

Sheet1

| Count | Date | Day | Time 1 | Number 1 | Note | Time 2 | Number 2 | Time 3 | Number 3 | Time 4 | Number 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 10/25/22 | Tuesday | 12:58 PM | 8888996650 |  |  |  |  |  |  |  |
| 3 | 10/26/22 | Wednesday | 02:00 PM | 6802022913 | called | 05:43 PM | 6074781521 | 06:01 PM | 6802022912 | 10:50 AM | 8888996650 CALLE |
|  | 10/27/22 | Thursday |  |  |  |  |  |  |  |  |  |
|  | 10/28/22 | Friday |  |  |  |  |  |  |  |  |  |
| 1 | 10/29/22 | Saturday | 11:24 AM | 6076022295 |  |  |  |  |  |  |  |
|  | 10/30/22 | Sunday |  |  |  |  |  |  |  |  |  |
| 2 | 10/31/22 | Monday | 03:07 PM | 5054828632 |  | 03:06 PM | 6076022295 | 12:04 PM | 8454132339 | 12:03 PM | 8888996650 |
| 2 | 11/01/22 | Tuesday | 01:54 PM | 6076022295 |  | 11:05 AM | 8888996650 Youm | 08:49 AM | 9294992506 |  |  |
| 1 | 11/02/22 | Wednesday | 02:02 PM | 7163224168 | showed up in youmail as OF AMERICA BANK |  |  |  |  |  |  |
|  | 11/03/22 | Thursday |  |  |  |  |  |  |  |  |  |
| 1 | 11/04/22 | Friday | 08:36 AM | 6075272125 |  |  |  |  |  |  |  |
| 2 | 11/05/22 | Saturday | 12:40 PM | 8456608248 | showe | 09:14 AM | 6075272125 |  |  |  |  |
|  | 11/06/22 | Sunday |  |  |  |  |  |  |  |  |  |
| 1 | 11/07/22 | Monday | 06:45 PM | 7163034610 |  | 02:44 PM | 7167701525 verify yr make and model |  |  |  |  |
| 2 | 11/08/22 | Tuesday | 11:11 AM | 3156599129 |  | 03:58 PM | 6073639374 |  |  |  |  |
| 2 | 11/09/22 | Wednesday | 11:10 AM | 9293572297 |  | 04:26 PM | 7163033154 |  |  |  |  |
| 3 | 11/10/22 | Thursday | 12:40 PM | 9293482619 |  | 05:31 PM | 8455823959 | 02:34 PM | 3322059097 |  |  |
| 2 | 11/11/22 | Friday | 08:43 AM | 9292051388 |  | 01:59 PM | 8455823959 |  |  |  |  |
|  | 11/12/22 | Saturday |  |  |  |  |  |  |  |  |  |
|  | 11/13/22 | Sunday |  |  |  |  |  |  |  |  |  |
|  | 11/14/22 | Monday |  |  |  |  |  |  |  |  |  |
| 6 | 11/15/22 | Tuesday | 09:37 AM | 9295216046 |  | 04:53 PM | 6076006759 | 10:44 AM | 6802012128 | 03:14 PM | 9293391136 |
| 1 | 11/16/22 | Wednesday | 08:56 AM | 9295216046 |  |  |  |  |  |  |  |
| 1 | 11/17/22 | Thursday | 03:22 PM | 9292424492 |  |  |  |  |  |  |  |
|  | 11/18/22 | Friday |  |  |  |  |  |  |  |  |  |
| 2 | 11/19/22 | Saturday | 12:07 PM | 6802213199 |  | 02:58 PM | 6802213199 |  |  |  |  |
|  | 11/20/22 | Sunday |  |  |  |  |  |  |  |  |  |
| 1 | 11/21/22 | Monday | 09:03 AM | 6802204728 |  |  |  |  |  |  |  |
| 1 | 11/22/22 | Tuesday | 10:04 AM | 7162710461 | note |  |  |  |  |  |  |
| 1 | 11/23/22 | Wednesday | 02:38 PM | 6075363877 | note |  |  |  |  |  |  |
|  | 11/24/22 | Thursday |  |  |  |  |  |  |  |  |  |
| 1 | 11/25/22 | Friday | 08:39 AM | 3323346915 |  |  |  |  |  |  |  |
|  | 11/26/22 | Saturday |  |  |  |  |  |  |  |  |  |
|  | 11/27/22 | Sunday |  |  |  |  |  |  |  |  |  |
| 2 | 11/28/22 | Monday | 09:37 AM | 6074781059 | note | 03:52 PM | 6802034563 |  |  |  |  |
| 4 | 11/29/22 | Tuesday | 08:45 AM | 9292389313 |  | 09:27 AM | 9297327102 | 01:44 PM | 9292389313 | 06:39 PM | 9292053186 |
|  | 11/30/22 | Wednesday |  |  |  |  |  |  |  |  |  |
|  | 12/01/22 | Thursday |  |  |  |  |  |  |  |  |  |
| 1 | 12/02/22 | Friday | 11:16 AM | 9294072789 |  |  |  |  |  |  |  |
|  | 12/03/22 | Saturday |  |  |  |  |  |  |  |  |  |
|  | 12/04/22 | Sunday |  |  |  |  |  |  |  |  |  |
|  | 12/05/22 | Monday |  |  |  |  |  |  |  |  |  |
|  | 12/06/22 | Tuesday |  |  |  |  |  |  |  |  |  |
|  | 12/07/22 | Wednesday |  |  |  |  |  |  |  |  |  |
|  | 12/08/22 | Thursday |  |  |  |  |  |  |  |  |  |
| 2 | 12/09/22 | Friday | 09:37 AM | 9293685797 |  | 04:40 PM | 8456608550 |  |  |  |  |
| 1 | 12/10/22 | Saturday | 10:26 AM | 6802014661 |  |  |  |  |  |  |  |
|  | 12/11/22 | Sunday |  |  |  |  |  |  |  |  |  |
| 2 | 12/12/22 | Monday | 08:59 AM | 6802034589 |  | 02:16 PM | 9299304382 |  |  |  |  |
|  | 12/13/22 | Tuesday |  |  |  |  |  |  |  |  |  |
|  | 12/14/22 | Wednesday |  |  |  |  |  |  |  |  |  |
| 1 | 12/15/22 | Thursday | 01:38 PM | 6072703433 |  |  |  |  |  |  |  |
| 1 | 12/16/22 | Friday | 09:34 AM | 6072702499 |  |  |  |  |  |  |  |
|  | 12/17/22 | Saturday |  |  |  |  |  |  |  |  |  |
|  | 12/18/22 | Sunday |  |  |  |  |  |  |  |  |  |
| 1 | 12/19/22 | Monday | 01:46 PM | 6072703429 | note |  |  |  |  |  |  |
| 2 | 12/20/22 | Tuesday | 12:23 PM | 9294922505 |  | 05:10 PM | 6802083188 |  |  |  |  |
| 3 | 12/21/22 | Wednesday | 08:41 AM | 9292369044 |  | 01:34 PM | 3156794907 | 04:43 PM | 3478481291 |  |  |
| 1 | 12/22/22 | Thursday | 04:13 PM | 8454132909 |  |  |  |  |  |  |  |
| 1 | 12/23/22 | Friday | 10:14 AM | 8454132909 |  |  |  |  |  |  |  |
|  | 12/24/22 | Saturday |  |  |  |  |  |  |  |  |  |
|  | 12/25/22 | Sunday |  |  |  |  |  |  |  |  |  |
|  | 12/26/22 | Monday |  |  |  |  |  |  |  |  |  |
|  | 12/27/22 | Tuesday |  |  |  |  |  |  |  |  |  |
|  | 12/28/22 | Wednesday |  |  |  |  |  |  |  |  |  |
|  | 12/29/22 | Thursday |  |  |  |  |  |  |  |  |  |
|  | 12/30/22 | Friday |  |  |  |  |  |  |  |  |  |
|  | 12/31/22 | Saturday |  |  |  |  |  |  |  |  |  |

Sheet1

```
   01/01/23 Sunday
   01/02/23 Monday
 1 01/03/23 Tuesday     02:17 PM  8453799466  note
   01/04/23 Wednesday
   01/05/23 Thursday
   01/06/23 Friday
   01/07/23 Saturday
   01/08/23 Sunday
   01/09/23 Monday
   01/10/23 Tuesday
   01/11/23 Wednesday
   01/12/23 Thursday
   01/13/23 Friday
   01/14/23 Saturday
   01/15/23 Sunday
   01/16/23 Monday
   01/17/23 Tuesday
   01/18/23 Wednesday
   01/19/23 Thursday
 2 01/20/23 Friday      09:39 AM  7162721662       12:44 PM  8455823520  note
 1 01/21/23 Saturday    09:31 AM  9294162561
   01/22/23 Sunday
   01/23/23 Monday
   01/24/23 Tuesday
   01/25/23 Wednesday
   01/26/23 Thursday
   01/27/23 Friday
   01/28/23 Saturday
   01/29/23 Sunday
   01/30/23 Monday
   01/31/23 Tuesday
   02/01/23 Wednesday\Letter in  mail from American Police Foundation PAC\
   02/02/23 Thursday
   02/03/23 Friday
   02/04/23 Saturday
   02/05/23 Sunday
   02/06/23 Monday
   02/07/23 Tuesday
   02/08/23 Wednesday
   02/09/23 Thursday
   02/10/23 Friday       Letter in  mail from American Police Foundation PAC\
   02/11/23 Saturday
   02/12/23 Sunday
   02/13/23 Monday
   02/14/23 Tuesday
   02/15/23 Wednesday
   02/16/23 Thursday
   02/17/23 Friday
   02/18/23 Saturday
   02/19/23 Sunday
   02/20/23 Monday
   02/21/23 Tuesday
   02/22/23 Wednesday
   02/23/23 Thursday
   02/24/23 Friday
   02/25/23 Saturday
   02/26/23 Sunday
   02/27/23 Monday
 1 02/28/23 Tuesday     10:23 AM  6076003419
 1 03/01/23 Wednesday   09:34 AM  9292987494
   03/02/23 Thursday
   03/03/23 Friday
 1 03/04/23 Saturday    09:12 AM  3476097687
   03/05/23 Sunday
   03/06/23 Monday
   03/07/23 Tuesday
 1 03/08/23 Wednesday   06:30 PM  7167486392
   03/09/23 Thursday
```

Sheet1

| | Date | Day | Time | Number | Note |
|---|---|---|---|---|---|
| | 03/10/23 | Friday | | | note |
| | 03/11/23 | Saturday | | | |
| | 03/12/23 | Sunday | | | |
| 1 | 03/13/23 | Monday | 11:56 AM | 3476256504 | |
| | 03/14/23 | Tuesday | | | |
| | 03/15/23 | Wednesday | | | |
| | 03/16/23 | Thursday | | | |
| | 03/17/23 | Friday | | | |
| | 03/18/23 | Saturday | | | |
| | 03/19/23 | Sunday | | | |
| | 03/20/23 | Monday | | | |
| 1 | 03/21/23 | Tuesday | 06:26 PM | 9295216509 | note |
| | 03/22/23 | Wednesday | | | |
| | 03/23/23 | Thursday | | | |
| | 03/24/23 | Friday | | | |
| | 03/25/23 | Saturday | | | note |
| | 03/26/23 | Sunday | | | |
| 1 | 03/27/23 | Monday | 04:10 PM | 8457044995 | |
| | 03/28/23 | Tuesday | | | |
| | 03/29/23 | Wednesday | | | |
| | 03/30/23 | Thursday | | | |
| | 03/31/23 | Friday | | | |
| | 04/01/23 | Saturday | | | |
| | 04/02/23 | Sunday | | | |
| | 04/03/23 | Monday | | | |
| | 04/04/23 | Tuesday | | | |
| | 04/05/23 | Wednesday | | | |
| | 04/06/23 | Thursday | | | note |
| | 04/07/23 | Friday | | | |
| | 04/08/23 | Saturday | | | note |
| | 04/09/23 | Sunday | | | |
| | 04/10/23 | Monday | | | |
| | 04/11/23 | Tuesday | | | huntington bank survey |
| | 04/12/23 | Wednesday | | | |
| | 04/13/23 | Thursday | | | |
| | 04/14/23 | Friday | | | |
| | 04/15/23 | Saturday | | | |
| | 04/16/23 | Sunday | | | |
| | 04/17/23 | Monday | | | |
| | 04/18/23 | Tuesday | | | note email from greenmilelawncare.@gmail.com |
| | 04/19/23 | Wednesday | | | |
| | 04/20/23 | Thursday | | | |
| | 04/21/23 | Friday | | | |
| | 04/22/23 | Saturday | | | |
| | 04/23/23 | Sunday | | | |
| 1 | 04/24/23 | Monday | 03:19 PM | 6072589331 | |
| | 04/25/23 | Tuesday | | | |
| 1 | 04/26/23 | Wednesday | 08:55 AM | 9294162561 | |
| | 04/27/23 | Thursday | | | |
| | 04/28/23 | Friday | | | |
| | 04/29/23 | Saturday | | | |
| | 04/30/23 | Sunday | | | |
| | 05/01/23 | Monday | | | |
| | 05/02/23 | Tuesday | | | |
| | 05/03/23 | Wednesday | | | |
| | 05/04/23 | Thursday | | | |
| | 05/05/23 | Friday | | | |
| | 05/06/23 | Saturday | | | |
| | 05/07/23 | Sunday | | | |
| | 05/08/23 | Monday | | | |
| | 05/09/23 | Tuesday | | | |
| | 05/10/23 | Wednesday | | | |
| | 05/11/23 | Thursday | | | |
| | 05/12/23 | Friday | | | |
| | 05/13/23 | Saturday | | | |
| | 05/14/23 | Sunday | | | |
| | 05/15/23 | Monday | | | note |
| | 05/16/23 | Tuesday | | | |

Sheet1

| | Date | Day | Time | Number | Note |
|---|---|---|---|---|---|
| | 05/17/23 | Wednesday | | | |
| | 05/18/23 | Thursday | | | note |
| | 05/19/23 | Friday | | | note |
| | 05/20/23 | Saturday | | | |
| | 05/21/23 | Sunday | | | |
| | 05/22/23 | Monday | | | |
| 1 | 05/23/23 | Tuesday | 08:40 AM | 9294941810 | |
| | 05/24/23 | Wednesday | | | |
| 1 | 05/25/23 | Thursday | 09:41 AM | 9292955489 | note verified with callback |
| | 05/26/23 | Friday | | | |
| | 05/27/23 | Saturday | | | |
| | 05/28/23 | Sunday | | | |
| | 05/29/23 | Monday | | | |
| | 05/30/23 | Tuesday | | | |
| 1 | 05/31/23 | Wednesday | 08:50 AM | 9293570839 | |
| | 06/01/23 | Thursday | | | |
| | 06/02/23 | Friday | 03:32 PM | 2675876240 | Fundraising center plaintiffs attorney |
| | 06/03/23 | Saturday | | | |
| | 06/04/23 | Sunday | | | |
| 1 | 06/05/23 | Monday | 09:34 AM | 7163034658 | |
| | 06/06/23 | Tuesday | | | |
| | 06/07/23 | Wednesday | | | |
| 2 | 06/08/23 | Thursday | 08:59 AM | 6076003467 | note audio talking with fundraising cashier — 05:16 PM 9292847632 |
| | 06/09/23 | Friday | | | |
| | 06/10/23 | Saturday | | | |
| | 06/11/23 | Sunday | | | |
| | 06/12/23 | Monday | | | |
| | 06/13/23 | Tuesday | | | |
| 1 | 06/14/23 | Wednesday | 02:42 PM | 3.156E+010 | note audio record |
| | 06/15/23 | Thursday | | | |
| 1 | 06/16/23 | Friday | 01:40 PM | 6076003467 | |
| | 06/17/23 | Saturday | | | |
| | 06/18/23 | Sunday | | | |
| 1 | 06/19/23 | Monday | 11:58 AM | 9292092438 | |
| | 06/20/23 | Tuesday | | | |
| 1 | 06/21/23 | Wednesday | 08:32 AM | 6076003467 | |
| | 06/22/23 | Thursday | | | |
| | 06/23/23 | Friday | | | |
| | 06/24/23 | Saturday | | | |
| | 06/25/23 | Sunday | | | |
| | 06/26/23 | Monday | | | |
| | 06/27/23 | Tuesday | | | |
| | 06/28/23 | Wednesday | | | |
| | 06/29/23 | Thursday | | | |
| 1 | 06/30/23 | Friday | 03:30 PM | 6073257003 | |
| | 07/01/23 | Saturday | | | |
| | 07/01/23 | Saturday | | | |
| | 07/02/23 | Sunday | | | |
| 1 | 07/03/23 | Monday | 04:09 PM | 6073256442 | |
| | 07/04/23 | Tuesday | | | |
| 1 | 07/05/23 | Wednesday | 08:40 PM | 6073257206 | |
| 1 | 07/06/23 | Thursday | 08:49 PM | 9292092438 | |
| | 07/07/23 | Friday | | | |
| | 07/08/23 | Saturday | | | |
| | 07/09/23 | Sunday | | | |
| | 07/10/23 | Monday | | | |
| | 07/11/23 | Tuesday | | | |
| | 07/12/23 | Wednesday | | | |
| | 07/13/23 | Thursday | | | |
| | 07/14/23 | Friday | | | |
| | 07/15/23 | Saturday | | | |
| | 07/16/23 | Sunday | | | |
| 1 | 07/17/23 | Monday | 09:06 AM | 9292094854 | |
| | 07/18/23 | Tuesday | | | |
| 1 | 07/19/23 | Wednesday | 08:59 AM | 6073257346 | |
| | 07/20/23 | Thursday | | | |
| 1 | 07/21/23 | Friday | 09:48 AM | 6073257354 | |

JS 44 (Rev. 08/18)                                    **CIVIL COVER SHEET**            23 CV 728

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
William Nolan

**DEFENDANTS**
America Police and Troopers Coalition PAC

**(b)** County of Residence of First Listed Plaintiff: Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability — ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability — ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle — **PERSONAL PROPERTY** ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability — ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury — ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☒ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice — ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise |  | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
|  |  |  | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights — **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting — ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment — ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations — ☐ 530 General |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment — ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other — **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education — ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* TCPA

Brief description of cause: Relentless telephone calls

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 222,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)* JUDGE _____ DOCKET NUMBER _____

DATE: 07/21/23
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____