UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

WILLIAM NOLAN,

        Plaintiff,

       v.                                    23-CV-728 (JLS)

AMERICAN POLICE AND TROOPERS
COALITION PAC,

        Defendant.

_____

## ORDER

Plaintiff William Nolan submitted to this Court a complaint (Dkt. 1), along with a motion to proceed *in forma pauperis* ("IFP") and supporting affirmation (Dkt. 2). The Court reviewed the affirmation in support of Nolan's motion to proceed IFP in accordance with the requirements of 28 U.S.C. § 1915(a)(1).

After reviewing Nolan's affirmation, the Court finds that Nolan failed to meet the statutory requirements for IFP status—in particular, based on his stated total gross monthly income of approximately $3,500 for a household including one person, which exceeds his stated monthly expenses, and the approximately $30,000 he had in a checking account as of July 21, 2023. *See* Dkt. 2, at 1, 2. The Court therefore denies permission to proceed IFP. Nolan has until **August 24, 2023** to pay the filing fee of $402.00.[1] He then will be responsible for serving Defendant with a

_____

[1] Effective May 1, 2013, the Judicial Conference of the United States added an administrative fee of $50.00 to the cost of filing a civil lawsuit in district court. *See* September 2012 Report of the Proceedings of the Judicial Conference of the United

summons and the complaint.[2]  If Nolan does not pay the filing fee or otherwise seek

relief from this order by **August 24, 2023**, the Clerk of Court is directed to close

this case as dismissed, without prejudice, without further order of the Court.

The Clerk of Court shall send Nolan a copy of this order, as well as a copy of

the Notice Regarding Service of Summons and Complaint, with Application for

Order Directing Service by U.S. Marshal.


SO ORDERED.


Dated:        July 25, 2023
              Buffalo, New York


_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

---

States, available at http://www.uscourts.gov/about-federal-courts/reports-
proceedings-judicial-conference-us.  Effective December 1, 2020, this fee increased
to $52.00.  *See* https://www.uscourts.gov/services-forms/fees/district-court-
miscellaneous-fee-schedule.  This additional administrative fee does not apply to
litigants who are granted permission to proceed IFP.  *See generally id.*

[2] The Court will direct the Clerk of Court to send Nolan the District's Notice
Regarding Service of Summons and Complaint, which includes an application for an
order directing service by the U.S. Marshal.