Revised 10/01 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_William Nolan_,

        Plaintiff,

-v-   23-CV-728(JLS)

_American Police and Troopers Coalition PAC_,

        Defendant.

**Application For Order Directing Service by U.S. Marshal**

I _William Nolan_, plaintiff in the above entitled action, hereby request an order of the court directing the U.S. Marshals Service for the Western District of New York, pursuant to Fed.R.Civ.P. 4(c)(3), to serve the summons and complaint in this action. I am requesting such an order because **[state reason(s) why assistance of Marshals Service is necessary to serve your summons and summons and complaint]**:

_____

_____

_____

_____.

                                                  _WN_
                                         Signature of Plaintiff

                                         Date: _08/15/23_

FILED AUG 2 1 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

William Nolan,

Plaintiff,

-v-   23-CV-728(JLS)

American Police and Troopers Coalition PAC

Defendant.

## ORDER

**Upon receipt of a copy of this order, plaintiff is required to submit the certified copy, marshal forms, summons and complaint to the U.S. Marshal for service upon named defendants.**

Pursuant to Fed.R.Civ.P. 4(c)(2), the U.S. Marshal is hereby directed to collect their fee, and serve the Summons and Complaint upon the named defendants.

SO ORDERED.

_____
United States District Judge

Dated: _____