UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM NOLAN,

      Plaintiff,

v.                                                                                    23-CV-728 (JLS)

AMERICAN POLICE AND TROOPERS
COALITION PAC,

      Defendant.
_____

## ORDER

*Pro se* plaintiff William Nolan applied for an order directing the United States Marshals Service ("Marshals") to effect service on the named Defendant under Rule 4(c)(3) of the Federal Rules of Civil Procedure. Dkt. 4. The Court grants that motion.

In light of the above,

IT IS HEREBY ORDERED that Nolan's motion for service by the Marshals (Dkt. 4) is granted; and it is further

ORDERED that the Clerk of Court shall send to Nolan a summons for each named Defendant; and it is further

ORDERED that, upon receipt of the USM-285 forms and summons, Nolan: (1) pay the service fee of **$8.00 per summons and complaint** to the Marshals by money order or certified check; and (2) provide the Marshals with all necessary papers for service, including (i) a copy of this order, (ii) a copy of the complaint for

each named Defendant, (iii) a completed USM-285 form for each named Defendant, and (iv) one summons issued by the Clerk of Court for each named Defendant; and it is further

ORDERED that, upon receipt of the service fees and papers, the Marshals shall effect service of the summons and complaint upon the named Defendant. **Nolan must effect service within 90 days of the date the summons is issued.** It is Nolan's responsibility to contact the Marshals at 716-348-5300 to determine whether service has been made and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). If, within 90 days of the date the summons issues, Nolan has not made service or requested an extension of time to serve, the Court may dismiss this action for failure to prosecute under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure; and it is further

ORDERED that Nolan shall notify the Court in writing if his address changes. The Court may dismiss the action if he fails to do so.

Dated:    August 22, 2023
          Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE