**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William Nolan | 23-CV-728 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| American Police and Troopers Coalition PAC | |

*(stamp: RECEIVED 2023 SEP -1 PM 2:45 U.S. MARSHALS SERVICE WESTERN NEW YORK)*

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

~~Paul Deridder~~ American Police and Troopers Coalition PAC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

12895 Josey Ln, Farmers Branch, Tx 75234

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William Nolan
3659 Cumberland Lane
Hamburg NY 14075

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Fold

*(stamp: UNITED STATES DISTRICT COURT FILED OCT -4 2023 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY)*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *(signature)* | 716.824.3592 | 9/1/23 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE #1

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 55 | 55 | Prieta B. Hosking | 09/01/2023 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | |
|---|---|---|---|
| | 10/04/2023 | 1:20 | ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy · Prieta B. Hosking | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $0- | — | — | $0 | | $0- |

REMARKS: Mailed out via Certified Mail / FedEx Express. Trk# 7733 1726 3903 on 09/06/2023. Notice and Acknowledgment of Receipt of Summons and Complaint by Mail was Returned unexecuted on 10/04/2023

**DISTRIBUTE TO:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**CLERK OF THE COURT**

**U.S. Department of Justice**
**United States Marshals Service**



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Western  District of  New York

RECEIVED
2023 OCT -4  PM 1: 20

US MARSHALS SERVICE
WESTERN NEW YORK

| | |
|---|---|
| TO: American Police and Troopers Coalition PAC<br>12895 Josey Lane<br>Farmers Branch, TX 75234 | Civil Action, File Number _____ 1:23-CV-00728 _____<br><br>_____ William Nolan _____<br>*v.*<br>American Police and Troopers Coalition PAC |

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York  State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within  21  days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 21  days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

**BEATA HOSKING**
Digitally signed by BEATA HOSKING
Date: 2023.09.06 07:59:02 -04'00'

September 06, 2023
Date of Signature

Signature *(USMS Official)*

---

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

12895 Josey Lane
Street Number and Street Name or P.O. Box No.

Relationship to Entity/Authority to Receive

Farmers Branch, TX 75234
City, State and Zip Code

Certified Mail/FedEx Express
Service of Process

Signature

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

RECEIVED

2023 SEP -1 PM 2:45

US MARSHALS SERVICE
WESTERN NEW YORK

)
)
)
)
William Nolan )
_____ )
Plaintiff(s) )
v. ) Civil Action No.
)
American Police and Troopers ) 23-CV-728
Coalition PAC )
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

American Police and Troopers Coalition PAC
12895 Josey Ln. Farmers Branch Tx 75234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Nolan
3659 Cumberland Lane
Hamburg NY 14075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP 1 2023

_____
*Signature of Clerk or Deputy Clerk*

RECEIVED

2023 OCT -4  PM 1:20

US MARSHALS SERVICE
WESTERN NEW YORK

ORIGIN ID:PNXA    (800) 463-3339
PKG RETURNS

4901 AIRPORT PARKWAY

ADDISON, TX 75001
UNITED STATES US

SHIP DATE: 03OCT23
ACTWGT: 1.00 LB
CAD: 1373004/INET4640

BILL RECIPIENT

TO  **CIVIL DIVISION**
**UNITED STATES MARSHALS SERVICE**
**2 NIAGARA SQUARE**
**4TH FLOOR**
**BUFFALO NY 14202**
(716) 515-3061          REF: RTS 773317263903
INV:
PO:                              DEPT:






FRI - 06 OCT 5:00P
**EXPRESS SAVER**

TRK#
0201  **7736 1899 5615**

**SS BUFA**

14202
NY-US  **BUF**





RECEIVED

OCT -4 PM 1:20

MARSHALS SERVICE
NEW YORK

(716) 515-3081
UNITED STATES MARSHALS SERVICE
2 NIAGARA SQUARE
4TH FLOOR
BUFFALO, NY 14202
UNITED STATES US

SHIP DATE
ACT WGT
CAD-

BILL SENDER

TO

AMERICAN POLICE AND TROOPERS COALITION PAC
12895 JOSEY LN.
FARMERS BRANCH TX 75234
(716) 348-5300
REF: 23-CV-00728

**PEEL HERE**

2023 OCT -4 PM 1:19
US MARSHALS SERVICE
WESTERN NEW YORK

TRK# 7733 1726 3903
0201

**SA** **PNXA**

EXPRESS SAVER
ASR
75234
TX-US
DFW

- 11 SEP 00P
PRESS SAVER
ASR
75234
DFW

TX-US

**FedEx**

## Returned Shipment

Original Tracking Number: 773618995615

Return Tracking Number: 773317263903

Peel here