Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| WILLIAM NOLAN | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 23-CV-728 |
| v. | |
| AMERICAN POLICE AND TROOPERS COALITION PAC | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice, pursuant to Local Rule of Civil Procedure 41(b).

Date: August 12, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Colin
    Deputy Clerk